# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-3586

_____

James Miller,                                   *
                                                *
              Appellant,                        *
                                                *
       v.                                       *
                                                *
Larry Norris, Director, Arkansas                *    Appeal from the United States
Department of Correction; Marvin                *    District Court for the Eastern
Evans, Warden, Brickeys Unit,                   *    District of Arkansas.
Arkansas Department of Correction;              *
M. Williams, Shift Captain, Brickeys            *         [UNPUBLISHED]
Unit, Arkansas Department of                    *
Correction; Billy Taylor, Lieutenant,           *
Brickeys Unit, Arkansas Department of           *
Correction; Shernell Wade, Guard                *
Brickeys Unit, Arkansas Department of           *
Correction; Lanell Jefferson, Guard,            *
Brickeys Unit, Arkansas Department              *
of Correction,                                  *
                                                *
              Appellees.                        *

_____

Submitted:  February 6, 2004

Filed:  March 5, 2004

_____

Before MORRIS SHEPPARD ARNOLD, BEAM, and MELLOY, Circuit Judges.
_____

PER CURIAM.

Federal inmate James Miller appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action against Arkansas Department of Correction employees. Having carefully reviewed the record, we conclude summary judgment was proper for the reasons explained by the district court. See Pozo v. McCaughtry, 286 F.3d 1022, 1023-25 (7th Cir.), cert. denied, 537 U.S. 949 (2002). Accordingly, we affirm the judgment. See 8th Cir. R. 47B. We also deny the pending motion on appeal.

_____

---

[1]The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas.